# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: CALVADORES, NORLITA § Case No. 15-32991-ABG
§
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 28, 2015. The undersigned trustee was appointed on September 28, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $         120,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 16,701.08 |
| Bank service fees | 552.06 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 87,746.86 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/30/2016 and the deadline for filing governmental claims was 03/26/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,500.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,500.00, for a total compensation of $8,500.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/15/2016    By: /s/ILENE F. GOLDSTEIN
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-32991-ABG  
**Case Name:** CALVADORES, NORLITA  

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 09/28/15 (f)  
**§341(a) Meeting Date:** 11/12/15  

**Period Ending:** 11/15/16  

**Claims Bar Date:** 03/30/16  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | single family residence located at 130 Northern<br>Imported from original petition Doc# 1 | 90,000.00 | 75,000.00 | | 120,000.00 | FA |
| 2 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | checking account with Fifth Third Bank<br>Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 4 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | computer, CD player, TV, stereo receiver, VCR, t<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6 | miscellaneous CD's, records, and books all of or<br>Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 7 | usual items of wearing apparel located in home<br>Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 8 | costume jewelry<br>Imported from original petition Doc# 1 | 50.00 | 50.00 | | 0.00 | FA |
| 9 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | IRA with PrimeAmerica P.O. Box 9662 Providence,<br>Imported from original petition Doc# 1 | 36,584.00 | 0.00 | | 0.00 | FA |
| 14 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-32991-ABG  
**Case Name:** CALVADORES, NORLITA  

**Period Ending:** 11/15/16

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 09/28/15 (f)  
**§341(a) Meeting Date:** 11/12/15  
**Claims Bar Date:** 03/30/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 17  none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 18  none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 19  none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 20  none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 21  none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 22  none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 23  none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 24  none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 25  2006 Honda Odyssey<br>Imported from original petition Doc# 1 | 9,700.00 | 0.00 | | 0.00 | FA |
| 26  none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 27  none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 28  none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 29  none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 30  none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 31  none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 32  none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-32991-ABG  
**Case Name:** CALVADORES, NORLITA

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 09/28/15 (f)  
**§341(a) Meeting Date:** 11/12/15

**Period Ending:** 11/15/16

**Claims Bar Date:** 03/30/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 33 none  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 34 none  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 35 none  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 35 **Assets Totals** (Excluding unknown values) | **$137,234.00** | **$75,450.00** | | **$120,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    STATUS: THE TRUSTEE DISCOVERED AN UNPERFECTED LIEN ON THE DEBTOR'S RESIDENCE. CURRENTLY THE DEBTOR IS PREPARING AN OFFER OR THE TRUSTEE WILL SELL THE PROPERTY. THE TRUSTEE SET A BAR DATE TO DETERMINE CREDITOR CLAIMS.

**Initial Projected Date Of Final Report (TFR):**    June 30, 2017      **Current Projected Date Of Final Report (TFR):**    June 30, 2017

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-32991-ABG  
**Case Name:** CALVADORES, NORLITA  
**Taxpayer ID #:** **-***2811  
**Period Ending:** 11/15/16

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/09/16 | | CT&T | Sale of House | | | 103,298.92 | | 103,298.92 |
| | {1} | | | 120,000.00 | 1110-000 | | | 103,298.92 |
| | | | Payment to Broker | -7,200.00 | 3510-000 | | | 103,298.92 |
| | | | CHAPTER 7 ADMIN. | -5,488.66 | 2820-000 | | | 103,298.92 |
| | | | Real Estate Attorney | -1,200.00 | 3210-600 | | | 103,298.92 |
| | | | Closing costs | -2,812.42 | 2500-000 | | | 103,298.92 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 98.78 | 103,200.14 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 143.09 | 103,057.05 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 162.60 | 102,894.45 |
| 09/13/16 | 101 | Norlita Calvadores | Exemption | | 8100-002 | | 15,000.00 | 87,894.45 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 147.59 | 87,746.86 |
| | | | **ACCOUNT TOTALS** | | | 103,298.92 | 15,552.06 | **$87,746.86** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 103,298.92 | 15,552.06 | |
| | | | Less: Payments to Debtors | | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | | **$103,298.92** | **$552.06** | |

| | | |
|---|---|---|
| Net Receipts : | 103,298.92 | |
| Plus Gross Adjustments : | 16,701.08 | |
| Less Payments to Debtor : | 15,000.00 | |
| Net Estate : | $105,000.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******5066** | **103,298.92** | **552.06** | **87,746.86** |
| | **$103,298.92** | **$552.06** | **$87,746.86** |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 30, 2016

**Case Number:** 15-32991-ABG  
**Debtor Name:** CALVADORES, NORLITA

Page: 1

**Date:** November 15, 2016  
**Time:** 11:41:37 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $8,500.00 | $0.00 | 8,500.00 |
| 200 | Jodi E. Gimbel, P.C.<br>5 Revere Drive<br>Suite 350<br>Northbrook, IL 60062 | Admin Ch. 7 | | $499.50 | $0.00 | 499.50 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $28.10 | $0.00 | 28.10 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $4,585.00 | $0.00 | 4,585.00 |
| 1<br>610 | JPMorgan Chase Bank, N.A.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI 48308-0730 | Unsecured | History: Details1-101/12/2016Claim #1 filed by JPMorgan Chase Bank, N.A., Amount claimed: $29447.63 (Colding, Yausheka )<br>--------------------------------------------------------------------------------\* \* \* | $29,447.63 | $0.00 | 29,447.63 |
| 2<br>610 | Midland Credit Management Inc as agent for MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090 | Unsecured | History: Details2-102/11/2016Claim #2 filed by Midland Credit Management Inc as agent for, Amount claimed: $1975.17 (Raymond, Joseph )<br>--------------------------------------------------------------------------------\* \* \* | $1,975.17 | $0.00 | 1,975.17 |
| 3<br>610 | Susan C Balverde<br>PO Box 1217<br>Melrose Park, IL 60161 | Unsecured | History: Details3-103/28/2016Claim #3 filed by Susan C Balverde, Amount claimed: $76077.25 (Sroka, Alicja )<br>--------------------------------------------------------------------------------\* \* \* | $76,077.25 | $0.00 | 76,077.25 |
| **<< Totals >>** | | | | 121,112.65 | 0.00 | 121,112.65 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-32991-ABG
Case Name: CALVADORES, NORLITA
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:** $ 87,746.86

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 87,746.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 8,500.00 | 0.00 | 8,500.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 4,585.00 | 0.00 | 4,585.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 28.10 | 0.00 | 28.10 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 499.50 | 0.00 | 499.50 |

Total to be paid for chapter 7 administration expenses: $ 13,612.60
Remaining balance: $ 74,134.26

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 74,134.26

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 74,134.26 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 107,500.05 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 69.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | JPMorgan Chase Bank, N.A. | 29,447.63 | 0.00 | 20,307.70 |
| 2 | Midland Credit Management Inc as agent for | 1,975.17 | 0.00 | 1,362.12 |
| 3 | Susan C Balverde | 76,077.25 | 0.00 | 52,464.44 |

|  | Total to be paid for timely general unsecured claims: | $ | 74,134.26 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**