UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) |
| | ) |
| **CALVADORES, NORLITA** | ) Bankruptcy Case No. 15-32991 ABG |
| | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 15, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

CALVADORES, NORLITA
130 NORTHERN TERRACE
ISLAND LAKE, IL 60042


,

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

Jodi E. Gimbel,P.C.
5 Revere Drive
Suite 350
Northbrook, IL 60062

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128

        Northbrook, IL 60062

1        JPMorgan Chase Bank, N.A.
         c/o Five Lakes Agency, Inc.
         P.O. Box 80730
         Rochester, MI 48308-0730

2        Midland Credit Management Inc as agent for
         MIDLAND FUNDING LLC
         PO Box 2011
         Warren, MI 48090

3        Susan C Balverde
         PO Box 1217
         Melrose Park, IL 60161


/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402