# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: CALVADORES, NORLITA § Case No. 15-32991
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $47,234.00   Assets Exempt: $57,984.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $74,134.26   Claims Discharged
Without Payment: $33,365.79

Total Expenses of Administration: $30,865.74

3) Total gross receipts of $ 120,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $105,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 30,865.74 | 30,865.74 | 30,865.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 107,500.05 | 107,500.05 | 74,134.26 |
| **TOTAL DISBURSEMENTS** | $0.00 | $138,365.79 | $138,365.79 | $105,000.00 |

4) This case was originally filed under Chapter 7 on September 28, 2015. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/15/2017          By: /s/ILENE F. GOLDSTEIN
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| single family residence located at 130 Northern | 1110-000 | 120,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$120,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Norlita Calvadores | Exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 8,500.00 | 8,500.00 | 8,500.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 4,585.00 | 4,585.00 | 4,585.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 28.10 | 28.10 | 28.10 |
| Jodi E. Gimbel,P.C. | 3410-000 | N/A | 499.50 | 499.50 | 499.50 |
| Rabobank, N.A. | 2600-000 | N/A | 98.78 | 98.78 | 98.78 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 143.09 | 143.09 | 143.09 |
| Rabobank, N.A. | 2600-000 | N/A | 162.60 | 162.60 | 162.60 |
| CT&T | 3510-000 | N/A | 7,200.00 | 7,200.00 | 7,200.00 |
| CT&T | 2820-000 | N/A | 5,488.66 | 5,488.66 | 5,488.66 |
| CT&T | 3210-600 | N/A | 1,200.00 | 1,200.00 | 1,200.00 |
| CT&T | 2500-000 | N/A | 2,812.42 | 2,812.42 | 2,812.42 |
| Rabobank, N.A. | 2600-000 | N/A | 147.59 | 147.59 | 147.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $30,865.74 | $30,865.74 | $30,865.74 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | JPMorgan Chase Bank, N.A. | 7100-000 | N/A | 29,447.63 | 29,447.63 | 20,307.70 |
| 2 | Midland Credit Management Inc as agent for | 7100-000 | N/A | 1,975.17 | 1,975.17 | 1,362.12 |
| 3 | Susan C Balverde | 7100-000 | N/A | 76,077.25 | 76,077.25 | 52,464.44 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $107,500.05 | $107,500.05 | $74,134.26 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-32991  
**Case Name:** CALVADORES, NORLITA  

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 09/28/15 (f)  
**§341(a) Meeting Date:** 11/12/15  

**Period Ending:** 01/15/17  

**Claims Bar Date:** 03/30/16  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  single family residence located at 130 Northern  Imported from original petition Doc# 1 | 90,000.00 | 75,000.00 | | 120,000.00 | FA |
| 2  none  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3  checking account with Fifth Third Bank  Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 4  none  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5  computer, CD player, TV, stereo receiver, VCR, t  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6  miscellaneous CD's, records, and books all of or  Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 7  usual items of wearing apparel located in home  Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 8  costume jewelry  Imported from original petition Doc# 1 | 50.00 | 50.00 | | 0.00 | FA |
| 9  none  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10  none  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11  none  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12  none  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13  IRA with PrimeAmerica P.O. Box 9662 Providence,  Imported from original petition Doc# 1 | 36,584.00 | 0.00 | | 0.00 | FA |
| 14  none  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 15  none  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 16  none  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-32991  
**Case Name:** CALVADORES, NORLITA  

**Period Ending:** 01/15/17

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 09/28/15 (f)  
**§341(a) Meeting Date:** 11/12/15  
**Claims Bar Date:** 03/30/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 21 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 22 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 23 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 24 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 25 | 2006 Honda Odyssey<br>Imported from original petition Doc# 1 | 9,700.00 | 0.00 | | 0.00 | FA |
| 26 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 27 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 28 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 29 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 30 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 31 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 32 | none<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-32991  **Trustee:** (330290) ILENE F. GOLDSTEIN
**Case Name:** CALVADORES, NORLITA  **Filed (f) or Converted (c):** 09/28/15 (f)
 **§341(a) Meeting Date:** 11/12/15
**Period Ending:** 01/15/17  **Claims Bar Date:** 03/30/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 33  none   Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 34  none   Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 35  none   Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 35  Assets  Totals (Excluding unknown values) | **$137,234.00** | **$75,450.00** | | **$120,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

 STATUS: THE TRUSTEE DISCOVERED AN UNPERFECTED LIEN ON THE DEBTOR'S RESIDENCE. CURRENTLY THE DEBTOR IS PREPARING AN OFFER OR THE TRUSTEE WILL SELL THE PROPERTY. THE TRUSTEE SET A BAR DATE TO DETERMINE CREDITOR CLAIMS.

**Initial Projected Date Of Final Report (TFR):**  June 30, 2017  **Current Projected Date Of Final Report (TFR):**  June 30, 2017

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-32991  
**Case Name:** CALVADORES, NORLITA  

**Taxpayer ID #:** **-***2811  
**Period Ending:** 01/15/17  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/09/16 | | CT&T | Sale of House | | 103,298.92 | | 103,298.92 |
| | {1} | | 120,000.00 | 1110-000 | | | 103,298.92 |
| | | | Payment to Broker        -7,200.00 | 3510-000 | | | 103,298.92 |
| | | | CHAPTER 7 ADMIN.        -5,488.66 | 2820-000 | | | 103,298.92 |
| | | | Real Estate Attorney        -1,200.00 | 3210-600 | | | 103,298.92 |
| | | | Closing costs        -2,812.42 | 2500-000 | | | 103,298.92 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.78 | 103,200.14 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 143.09 | 103,057.05 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 162.60 | 102,894.45 |
| 09/13/16 | 101 | Norlita Calvadores | Exemption | 8100-002 | | 15,000.00 | 87,894.45 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 147.59 | 87,746.86 |
| 12/12/16 | 102 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $8,500.00, Trustee Compensation;  Reference: | 2100-000 | | 8,500.00 | 79,246.86 |
| 12/12/16 | 103 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $499.50, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 499.50 | 78,747.36 |
| 12/12/16 | 104 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $28.10, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 28.10 | 78,719.26 |
| 12/12/16 | 105 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $4,585.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,585.00 | 74,134.26 |
| 12/12/16 | 106 | JPMorgan Chase Bank, N.A. | Dividend paid 68.96% on $29,447.63; Claim# 1; Filed: $29,447.63; Reference: | 7100-000 | | 20,307.70 | 53,826.56 |
| 12/12/16 | 107 | Midland Credit Management Inc as agent for | Dividend paid 68.96% on $1,975.17; Claim# 2; Filed: $1,975.17; Reference: | 7100-000 | | 1,362.12 | 52,464.44 |
| 12/12/16 | 108 | Susan C Balverde | Dividend paid 68.96% on $76,077.25; Claim# 3; Filed: $76,077.25; Reference: | 7100-000 | | 52,464.44 | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| ACCOUNT TOTALS | 103,298.92 | 103,298.92 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 103,298.92 | 103,298.92 | |
| Less: Payments to Debtors | | 15,000.00 | |
| NET Receipts / Disbursements | $103,298.92 | $88,298.92 | |

{} Asset reference(s)

Printed: 01/15/2017 02:59 PM    V.13.29

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-32991  
**Case Name:** CALVADORES, NORLITA  
**Taxpayer ID #:** **-***2811  
**Period Ending:** 01/15/17  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5066** | 103,298.92 | 88,298.92 | 0.00 |
| | $103,298.92 | $88,298.92 | $0.00 |

{} Asset reference(s)

Printed: 01/15/2017 02:59 PM    V.13.29